IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Board of Trustees, Sheet Metal Workers' National Pension Fund, et al )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Hamilton-Nee Air Systems, et al )<br>)<br>Defendant. ) | Civil Action No. 1:18cv691 |

## JUDGMENT

Pursuant to the order of this Court entered on November 16, 2018 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the PLAINTIFFS and against the Hamilton-Nee Air Systems in the amount of $1,114,688.33.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Dana Van Metre
Deputy Clerk

Dated: 11/19/2018
Alexandria, Virginia